Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TANAYA WESTON,<br><br>　　　　Defendant. | No. CR09-395RAJ<br><br>ORDER |

THIS MATTER comes before the court on Defendant's appeal of the detention order entered by Magistrate Judge Mary Alice Theiler on July 28, 2015. The court, having considered Defendant's motion, and the file and pleadings herein, hereby DENIES the Motion to Revoke Magistrate Judge's Detention Order and Set Conditions of Release. The Defendant shall remain detained pending the final hearing on revocation of supervised release set for August 18, 2015, at 2:00 p.m.

DATED this 30th day of July, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1