AO245D (Rev. 09/11) Judgment in a Criminal Case For Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Washington

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For **Revocation** of Probation or Supervised Release) |
| Tanaya Weston | Case Number: 2:09CR00395RAJ-001 |
|  | USM Number: 39781-086 |
|  | Peter Camiel |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation(s) _____ of the petitions dated

☒ was found in violation(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
| 1. | Consuming alcohol | 10/21/2015 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

_____
Assistant United States Attorney

November 6, 2015
Date of Imposition of Judgment

_____
Signature of Judge

Richard A. Jones, U.S. District Judge
Name and Title of Judge

11/6/15
Date

AO245D (Rev. 09/11) Judgment in a Criminal Case For Revocations
Sheet 2 — Imprisonment

Judgment — Page **2** of **8**

DEFENDANT: **Tanaya Weston**
CASE NUMBER: **2:09CR00395RAJ-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **Ninety (90) Days**.

☐ The court makes the following recommendations to the Bureau of Prisons:


☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO245D     (Rev. 09/11) Judgment in a Criminal Case For Revocations
                Sheet 5 — Criminal Monetary Penalties

Judgment — Page **3** of **8**

DEFENDANT:     **Tanaya Weston**
CASE NUMBER:    **2:09CR00395RAJ-001**

# CRIMINAL MONETARY PENALTIES

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ $100 | $ Waived | $ $30,636.04 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| See Attached | 30,636.04 | 30,636.04 | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | **$30,636.04** | **$30,636.04** | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☒ the interest requirement is waived for the    ☐ fine    ☒ restitution
    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

☒ The court finds the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245D     (Rev. 09/11) Judgment in a Criminal Case For Revocations
              Sheet 5B — Criminal Monetary Penalties

Judgment — Page 4 of 8

**DEFENDANT:** Tanaya Weston
**CASE NUMBER:** 2:09CR00395RAJ-001

## ADDITIONAL RESTITUTION PAYEES

| MERCHANT LOSSES | VICTIM ADDRESS | ACCT # | TRANS DATE | LOSS |
|---|---|---|---|---|
| BARTEL DRUGS | 4727 Denver Avenue S. Seattle, WA 98134 | 473992114198 | 10/20/05 | $76.87 |
| BARTELL DRUGS | 4727 Denver Avenue S. Seattle, WA 98134 | 32050791 | 4/11/07 | $176.32 |
| CHECK MASTERS | | 473992114198 | 11/6/05 | $115.00 |
| CHILDRENS PLACE | | 32050791 | 4/5/07 | $135.07 |
| DOL | | 90255944 | 7/21/06 | $10.00 |
| DOLLARWISE | | 473992114198 | 11/1/05 | $57.50 |
| DOUBLETREE | Doubletree Suites 16500 Southcenter Parkway, Seattle, WA 98188 | 32050791 | 4/14/05 | $144.99 |
| DOUBLETREE | Doubletree Suites 16500 Southcenter Parkway Seattle, WA 98188 | 32050791 | 4/15/07 | $145.00 |
| DOUBLETREE | Doubletree Suites 16500 Southcenter Parkway Seattle, WA 98188 | 90255944 | 6/22/06 | $656.15 |
| DOUBLETREE | Doubletree Suites 16500 Southcenter Parkway Seattle, WA 98188 | 90255944 | 6/24/06 | $656.15 |
| DOUBLETREE | Doubletree Suites 16500 Southcenter Parkway Seattle, WA 98188 | 90255944 | 6/24/06 | $656.15 |
| DOUBLETREE | Doubletree Suites 16500 Southcenter Parkway Seattle, WA 98188 | 90255944 | 6/25/06 | $260.74 |
| FAMILY FUN PASS | | 473992114198 | 12/13/05 | $4.95 |
| FRED MEYER | Fred Meyer Loss Prevention P. O. Box 42121 Portland, OR 97242 | 32050791 | 4/7/07 | $151.51 |
| FRED MEYER | Fred Meyer Loss Prevention P. O. Box 42121 Portland, OR 97242 | 32050791 | 4/7/07 | $153.52 |
| JOANNS | Joann Stores Inc 5555 Darrow Rd Hudson, OH 44236 | 473992126739 | 5/18/06 | $74.94 |
| JOANNS | Joann Stores Inc 5555 Darrow Rd Hudson, OH 44236 | 473992126739 | 5/19/06 | $98.11 |
| JOANNS | Joann Stores Inc 5555 Darrow Rd Hudson, OH 44236 | 90255944 | 5/20/06 | $105.35 |

AO245D     (Rev. 09/11) Judgment in a Criminal Case For Revocations

Judgment — Page 5 of 8

**DEFENDANT:** Tanaya Weston
**CASE NUMBER:** 2:09CR00395RAJ-001

| | | | | |
|---|---|---|---|---|
| KCDC | E327 King County Courthouse Attn: Collections 516 3rd Ave Seattle, WA 98106 | 473992126739 | 6/13/06 | $100.00 |
| PARTY CITY | | 90255944 | 6/28/06 | $174.92 |
| PAYLESS | Collective Brands Inc 3231 SE 6th Ave Topeka, KS 66607 | 32050791 | 4/7/07 | $45.69 |
| PIZZA HUT | 14841 Dallas Parkway Dallas, TX 75254 | 473992114198 | 11/7/05 | $81.00 |
| PIZZA HUT | 14841 Dallas Parkway Dallas, TX 75254 | 473992114198 | 11/26/05 | $71.80 |
| PIZZA HUT | 14841 Dallas Parkway Dallas, TX 75254 | 32050791 | 4/14/07 | $45.00 |
| PIZZA HUT | 14841 Dallas Parkway Dallas, TX 75254 | 90255944 | 6/4/06 | $39.03 |
| PIZZA HUT | 14841 Dallas Parkway Dallas, TX 75254 | 90255944 | 6/7/06 | $33.38 |
| PIZZA HUT | 14841 Dallas Parkway Dallas, TX 75254 | 90255944 | 1/7/07 | $44.17 |
| PJ POCKETS | | 32050791 | 4/5/07 | $200.00 |
| QFC | National Service Bureau Attn: Chris 18820 Aurora Ave N, Ste 205 Shoreline, WA 98133 | 32050791 | 4/9/07 | $140.05 |
| QFC | National Service Bureau Attn: Chris 18820 Aurora Ave N Ste 205 Shoreline, WA 98133 | 32050791 | 4/12/07 | $49.87 |
| QFC | National Service Bureau Attn: Chris 18820 Aurora Ave N Ste 205 Shoreline, WA 98133 | 90255944 | 4/5/06 | $35.25 |
| RED ROBIN | | 90255944 | 6/23/06 | $57.73 |
| ROMAN CASINO | | 32050791 | 4/5/07 | $150.00 |
| ROMANS CASINO | | 90255944 | 4/6/06 | $200.00 |
| SAARS MARKET | Saars Market 32199 State Road 20 Oak Harbor, WA 98277 | 90255944 | 4/5/06 | $58.90 |
| SAARS MARKETPLACE | Saars Market 32199 State Road 20 Oak Harbor, WA 98277 | 473992114198 | 11/16/05 | $46.00 |
| SAARS MARKETPLACE | Saars Market 32199 State Road 20 Oak Harbor, WA 98277 | 473992114198 | 11/17/05 | $38.02 |

DEFENDANT: **Tanaya Weston**
CASE NUMBER: 2:09CR00395RAJ-001

| | | | | |
|---|---|---|---|---|
| SILVER DOLLAR CASINO | Landmark Group Holdings 777 108th Ave NE #1670 Bellevue, WA 98004 | 90255944 | 4/8/06 | $100.00 |
| SILVER DOLLAR CASINO | Landmark Group Holdings 777 108th Ave NE #1670 Bellevue, WA 98004 | 32050791 | 4/5/07 | $150.00 |
| STAR COMMUNICATIONS | | 473992114198 | 12/13/05 | $4.95 |
| STARBUCKS | Starbucks Corp. 2401 Utah Ave S Seattle, WA 98134 | 32050791 | 4/11/07 | $18.32 |
| STARBUCKS | Starbucks Corp. 2401 Utah Ave S Seattle, WA 98134 | 32050791 | 4/16/07 | $17.83 |
| STARBUCKS | Starbucks Corp. 2401 Utah Ave S Seattle, WA 98134 | 90255944 | 6/14/06 | $14.15 |
| STARBUCKS | Starbucks Corp. 2401 Utah Ave S Seattle, WA 98134 | 90255944 | 10/4/06 | $3.61 |
| STARBUCKS | Starbucks Corp. 2401 Utah Ave S Seattle, WA 98134 | 90255944 | 10/5/06 | $13.44 |
| STARBUCKS | Starbucks Corp. 2401 Utah Ave S Seattle, WA 98134 | 90255944 | 12/12/06 | $24.23 |
| STUDIO MAX | | 90255944 | 5/10/07 | $239.47 |
| TUKWILA TRADING COMPANY | | 32050791 | 4/8/07 | $22.99 |
| TUKWILA TRADING COMPANY | | 32050791 | 4/9/07 | $92.33 |
| US POSTAL SERVICE | | 90255944 | 6/9/06 | $15.60 |
| WINCO | WinCo Foods Attn: Loss Prevention 21100 91st Pl S Kent, WA 98031 | 32050791 | 4/10/07 | $200.82 |
| WINCO | WinCo Foods Attn: Loss Prevention 21100 91st Pl S Kent, WA 98031 | 32050791 | 4/12/07 | $189.21 |
| WINCO FOODS | WinCo Foods Attn: Loss Prevention 21100 91st Pl S Kent, WA 98031 | 473992114198 | 11/16/05 | $73.56 |
| WIZARDS | Landmark Group Holdings 777 108th Ave NE #1670 Bellevue, WA 98004 | 473992114198 | 11/14/05 | $200.00 |

AO245D      (Rev. 09/11) Judgment in a Criminal Case For Revocations

Judgment — Page 7 of 8

**DEFENDANT:** **Tanaya Weston**
**CASE NUMBER:** 2:09CR00395RAJ-001

| | | | | |
|---|---|---|---|---|
| BOA | 100 North Tryon Street Charlotte, NC 28202 | 90255944 | | $1,449.93 |
| BOA | 100 North Tryon Street Charlotte, NC 28202 | 30149959 | | $1,240.27 |
| BOA | 100 North Tryon Street Charlotte, NC 28202 | 30149942 | | $2,308.00 |
| BOA | 100 North Tryon Street Charlotte, NC 28202 | 32050791 | | $670.00 |
| BOA | 100 North Tryon Street Charlotte, NC 28202 | 32496176 | | $410.00 |
| KEY BANK | 10439 Gravely Lake Dr SW Lakewood, WA 98499 | 473992114198 | | $260.00 |
| KEY BANK | 10439 Gravely Lake Dr SW Lakewood, WA 98499 | 473992126739 | | $45.95 |
| US BANK | 800 Nicollet Mall Minneapolis, MN 55102 | 153557957385 | | $97.58 |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245D     (Rev. 09/11) Judgment in a Criminal Case For Revocations
                Sheet 6 — Schedule of Payments

Judgment — Page 8 of 8

DEFENDANT: **Tanaya Weston**
CASE NUMBER:    2:09CR00395RAJ-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

☒    PAYMENT IS DUE IMMEDIATELY. Any unpaid amount shall be paid to
Clerk's Office, United States District Court, 700 Stewart Street, Seattle, WA 98101.

     ☒    During the period of imprisonment, no less than 25% of their inmate gross monthly income or $25.00 per quarter, whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

     ☒    During the period of supervised release, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

     ☐    During the period of probation, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible. The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the United States District Court, Western District of Washington. For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified on the Criminal Monetaries (Sheet 5) page.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

     Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.